

## NUMBER 13-14-000456-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI – EDINBURG

---

**LARRY BOS AND MARY BOS,**         **Appellant,**

v.

**CRAIG S. SMITH, INDIVIDUALLY AND
AS NEXT FRIEND OF M.W.F.S., C.S.S.,
J.E.S., AND V.A.S., MINORS,**         **Appellee.**

---

### On Appellee's Sixth Opposed Motion for Extension of Time.

---

## ORDER

### Before Chief Justice Valdez and Justices Garza and Longoria
### Order Per Curiam

Appellants, Mary and Larry Bos, perfected an appeal from a judgment rendered against them by the 105th District Court of Nueces County, Texas, in trial court cause number 09-6360-D. On June 19, 2015, appellee, Craig S. Smith, individually and as next friend of M.W.F.S., C.S.S., J.E.S., and V.A.S., minors, filed a sixth opposed motion for

extension of time to file appellees' brief.

We hereby GRANT the motion and extend the deadline for the filing of appellees' brief until Monday, July 6, 2015. This Court looks with disfavor on the delay caused by counsel's failure to timely file a brief in this matter. No further extensions will be granted absent exigent circumstances.

IT IS SO ORDERED.


PER CURIAM

Delivered and filed the
26th day of June, 2015.